## COMPOSITE ROTOR,
### Plaintiff–Appellee,

v.

## BECKMAN COULTER, INC.,
### Defendant–Appellant.

### No. 01–1447.

United States Court of Appeals,
Federal Circuit.

Nov. 1, 2001.

## ON MOTION

RADER, Circuit Judge.

### ORDER

Beckman Coulter, Inc. moves to remand this appeal to the United States District Court for the Northern District of California so that the district court may rule on Beckman's motion for reconsideration. Composite Rotor, Inc. does not oppose remand but opposes the language of Beckman's proposed order.

Upon consideration thereof,

IT IS ORDERED THAT:

Beckman's unopposed motion to remand is granted. This appeal is remanded for further proceedings.